FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 17, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JOHN R. PINE, a.k.a. Abrams,<br><br>　　　　　Defendant. | No. 4:17-CR-06025-EFS-1<br><br>ORDER GRANTING MOTION FOR TEMPORARY MODIFICATION OF RELEASE CONDITIONS AND GRANTING MOTION TO EXPEDITE<br><br>**ECF Nos. 75, 76** |

Before the Court are Defendant's Motion for Temporary Modification of Release Conditions (ECF No. 75) and Motion to Expedite (ECF No. 76). For the reasons set forth in the motions;

IT IS HEREBY ORDERED:

1. The Motion to Expedite (ECF No. 76) is GRANTED.

2. The Motion for Temporary Modification of Release Conditions (ECF No. 75) is GRANTED.

3. Defendant shall be permitted to attend the "Church Spring 'Spruce Up'"

ORDER - 1

event at West Side Church at 615 Wright Ave, Richland, Washington 99352 on Saturday, May 19, 2018 from 8:00 AM until 2:00 PM. Defendant shall be in the presence of Mr. Bill Root during the course of this event.

DATED May 17, 2018.

<i>s/Mary K. Dimke</i><br>
MARY K. DIMKE<br>
UNITED STATES MAGISTRATE JUDGE

ORDER - 2