FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 14, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JOHN R. PINE, a.k.a. Abrams,<br><br>　　　　　Defendant. | No. 4:17-CR-6025-EFS-1<br><br>ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION TO TEMPORARILY MODIFY CONDITIONS OF RELEASE<br><br>**ECF No. 80** |

On Thursday, June 14, 2018, the Court heard argument on Defendant's Motion to Temporarily Modify Release Conditions (ECF No. 80). Defendant appeared with Assistant Federal Defender Jeremy Sporn. Assistant United States Attorney Caitlin Baunsgard represented the United States.

IT IS HEREBY ORDERED:

1.　The Motion to Temporarily Modify Release Conditions (ECF No. 80) is GRANTED IN PART AND DENIED IN PART.

2.　Defendant's request to take an unspecified family vacation is DENIED at this time. Defendant is instructed to present a travel plan to the Probation Office.

ORDER - 1

3. Defendant's request to attend a religious event is GRANTED. Defendant shall be permitted to attend Worship & Baptisms in the Park at Leslie Groves Park in Richland, Washington, from 10:00 AM to 2:00 PM on Sunday, June 17, 2018. Defendant shall be in the presence of Mr. Bill Root during the course of this event.

4. Defendant's previously-imposed Special Condition of Release Five (ECF No. 44) is modified to read as follows:

> Defendant shall be restricted to his residence at all times except for attorney visits; court appearances; case-related matters; court-ordered obligations; or other activities as pre-approved by the pretrial services office or supervising officer, including but not limited to employment; religious services, events, or activities; medical necessities; and substance abuse testing or treatment.

DATED June 14, 2018.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE