UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 19, 2018

SEAN F. McAVOY, CLERK

| UNITED STATES OF AMERICA, | No. 4:17-CR-6025-EFS-1 |
|---|---|
| Plaintiff, | ORDER GRANTING IN PART DEFENDANT'S MOTION FOR TEMPORARY MODIFICATION OF RELEASE CONDITIONS |
| vs. | |
| JOHN R. PINE, a.k.a. Abrams, | **ECF No. 89** |
| Defendant. | |

On Tuesday, July 17, 2018, the Court heard oral argument on Defendant's Motion for Temporary Modification of Release Conditions (ECF No. 89). Defendant appeared with Assistant Federal Defender Jeremy Sporn. Assistant United States Attorney David Herzog represented the United States.

IT IS HEREBY ORDERED:

1. The Motion for Temporary Modification of Release Conditions (ECF No. 89) is GRANTED IN PART.

2. Defendant's conditions of release shall be temporarily modified to permit Defendant to travel to Wenatchee, Washington for the purpose of a family vacation beginning at 8:00 AM on Friday, July 20, 2018. Defendant shall

ORDER - 1

return to his residence by 8:00 PM on Sunday, July 22, 2018. While traveling, Defendant must remain in the Eastern District of Washington and must stay within the presence of his wife. Defendant must maintain his GPS monitoring device while traveling and must travel with the GPS monitor charging device in order to ensure the GPS device works while travelling. All other conditions of Defendant's pretrial release (ECF No. 44) shall remain in effect.

DATED July 19, 2018.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 2