FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 12, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN R. PINE, a.k.a., JOHN ABRAMS,<br><br>Defendant. | No. 4:17-CR-6025-EFS-1<br><br>ORDER DENYING DEFENDANT'S MOTION FOR TEMPORARY MODIFICATION OF RELEASE CONDITIONS |

This matter came before the Court on December 12, 2018, for oral argument on Defendant's December 4, 2018, motion to authorize one-time out-of-district travel. ECF No. 102. Defendant appeared with Assistant Federal Defender Jeremy B. Sporn. Assistant United States Attorney David Michael Herzog represented the United States. The hearing proceeded by video teleconference (Defendant and defense counsel appearing in Yakima, Judge Rodgers and Mr. Herzog appearing in Spokane).

Defendant seeks permission to travel to Blanchard, Idaho for a family Christmas vacation with his wife and two children. ECF No. 102 at 2. The United States filed a response in opposition to the motion for temporary modification, ECF No. 104, and argued Defendant is a danger and a flight risk. Officer Hare appeared telephonically and indicated GPS monitoring could be problematic at a remote location and additionally that out-of-district supervision would be more difficult.

The Court has considered the pleadings and the argument and proffers of counsel, and finds that no condition or combination of conditions would reasonably assure the safety of the community or the appearance of Defendant for

ORDER - 1

further proceedings while out of the district. Accordingly, the Defendant's motion to temporarily modify the conditions of his pretrial release to accomodate a vacation out of the district, **ECF No. 102**, is **DENIED**. Defendant's corresponding motion to expedite, **ECF No. 103**, is **GRANTED**. Defendant shall abide by all previous conditions of release.

**IT IS SO ORDERED.**

DATED December 12, 2018.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2