1

2

3

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 06, 2019

SEAN F. McAVOY, CLERK

4

5

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

6 | UNITED STATES OF AMERICA,

7 |               Plaintiff,

8 |        v.

9 | JOHN R. PINE A/K/A JOHN ABRAMS,

10 |               Defendant.

No.    4:17-CR-06025-EFS

**ORDER GRANTING THE
GOVERNMENT'S MOTION TO
DISMISS**

11

12     Before the Court, without oral argument, is the Government's Motion and

13 Request for Leave of Court to Dismiss Indictment with Prejudice, ECF No. 117. The

14 Government seeks the Court's leave to dismiss the Indictment, ECF No. 1, with

15 prejudice as to Defendant John R. Pine a/k/a John Abrams pursuant to Federal Rule

16 of Criminal Procedure 48(a).

17     The Government has moved to dismiss the Indictment due to an agreement

18 reached with State court prosecutors wherein Defendant would plead guilty and be

19 sentenced to two related offenses in State court. *See* ECF No. 117; *see also* ECF No.

20 107. Defendant pled guilty to the offenses and was sentenced in State Superior Court

21 in May 2019. *See* ECF No. 116.  As a result of this sentencing, the Government seeks

22 to dismiss the charges in the present federal matter. ECF No. 117.

1    Having reviewed the pleadings filed in connection with the motion, the Court

2  grants the Government leave to dismiss the Indictment.  The Court makes no

3  judgment as to the merit or wisdom of this dismissal.

4    Accordingly, **IT IS HEREBY ORDERED:**

5    **1.**    The Government's Motion and Request for Leave of Court to Dismiss

6      Indictment with Prejudice, **ECF No. 117,** is **GRANTED.**

7    **2.**    The Indictment, **ECF No. 1**, is **DISMISSED WITH PREJUDICE** as

8      to Defendant John R. Pine a/k/a John Abrams.

9    **3.**    All hearings are **STRICKEN**, and all pending motions are **DENIED**

10      **AS MOOT**.

11    **IT IS SO ORDERED.**  The Clerk's Office is directed to enter this order and

12  provide copies to all counsel.

13    **DATED** this __6th__ day of June 2019.

15      s/Edward F. Shea
      EDWARD F. SHEA
      Senior United States District Judge

Rule 48(a) Dismissal — Page **2** of 2